# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# MEMORANDUM

Honorable Kimberly J. Mueller
United States District Judge
Sacramento, California

                                                  RE:  **James Joseph Massery**
                                                          **Docket Number: 0972 2:13CR00330-004**
                                                          **PERMISSION TO TRAVEL**
                                                          **OUTSIDE THE COUNTRY**

Your Honor:

James Joseph Massery is requesting permission to travel to Victoria, British Columbia, Canada. James Joseph Massery is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 6, 2016, James Joseph Massery was sentenced for the offense of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana.

**Sentence Imposed:** 75 months custody of the Bureau of Prisons; 60-month term of Supervised Release; Mandatory UA; No firearms; DNA collection; $100 Special Assessment. Special Conditions include: 1) Warrantless search; 2) Financial disclosure; 3) Drug/alcohol treatment; 4) No new credit/debt; 5) Drug/alcohol testing; 6) Aftercare copayment; 7) Drug registration.

**Dates and Mode of Travel:** Mr. Massery is requesting permission to take a seven-day cruise departing from Seattle, Washington on September 9, 2018, to Alaska, and returning to Seattle on September 16, 2018. On September 15, 2018, the cruise ship will pass through international waters and stop in Victoria, British Columbia, Canada.

**Purpose:** Vacation cruise.

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

RE: **James Joseph Massery**
   **Docket Number: 0972 2:13CR00330-004**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

George A. Vidales
Supervising United States Probation Officer

Dated: August 29, 2018
Sacramento, California
GAV/sg

**REVIEWED BY:**   Sara Gnushov for

**Jack C. Roberson**
**Deputy Chief United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

DATED: September 6, 2018.

UNITED STATES DISTRICT JUDGE